**Form 154A**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

1

In re:  Bankruptcy Case No.: 17−11324−TPA

Chapter: 13

**Jesse Evan Sylvis**  Danielle Priscilla Sylvis
Debtor(s)  aka Danielle P Morrison

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 23, 2018**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**  Michael R. Rhodes
U.S. Bankruptcy Court  *Clerk, U.S. Bankruptcy Court*
c/o CLAIMS CLERK
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501

Dated: 1/1/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-11324-TPA
Jesse Evan Sylvis                                                       Chapter 13
Danielle Priscilla Sylvis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 2              Date Rcvd: Jan 01, 2018
                      Form ID: 154A           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db/jdb         +Jesse Evan Sylvis,    Danielle Priscilla Sylvis,    650 Grant Street,    Franklin, PA 16323-2218
14745852       +BYL Collection Services,    301 Lacey Street,    Floor 2,    West Chester, PA 19382-3727
14745853       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14745855       +Citibank North America,    Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14745857       +Comenity Bank / Ulta Beauty,    Po Box 182125,    Columbus, OH 43218-2125
14745858       +Comenity Capital / Gamestop,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14745861      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV LLC,    Attn: Bankruptcies,    PO Box 6550,
                Englewood, CO 80155)
14745866       +Kay Jewelers,    Po Box 4485,    Beaverton, OR 97076-4485
14745867       +Leroys Jewelers,    Sterling Jewelers, Inc,    Attn: Bankruptcy,    PO Box 1799,
                Akron, OH 44309-1799
14745869       +Novasom Inc.,    801 Cromwell Park Drive,    # 108,    Glen Burnie, MD 21061-2539
14745877       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
14745878       +YMCA of Franklin and Grove City,    111 West Park Street,    Franklin, PA 16323-1365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14745854       +E-mail/Text: kzoepfel@credit-control.com Jan 01 2018 22:14:23      Central Loan Admin,
                Po Box 77404,    Ewing, NJ 08628-6404
14745856       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 01 2018 22:14:23      Collection Service Center,
                839 5th Avenue,    New Kensington, PA 15068-6303
14745859       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 01 2018 22:19:22      Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
14745860       +E-mail/Text: electronicbkydocs@nelnet.net Jan 01 2018 22:14:23
                Department Of Education / 582 / Nelnet,    Attn: Bankruptcy,    Po Box 82505,
                Lincoln, NE 68501-2505
14745862       +E-mail/Text: bknotice@erccollections.com Jan 01 2018 22:14:23
                ERC / Enhanced Recovery Corporation,    Attn: Bankruptcy,    8014 Bayberry Road,
                Jacksonville, FL 32256-7412
14745863       +E-mail/Text: slucas@for-cu.com Jan 01 2018 22:14:24      Franklin Oil Region Credit Union,
                101 North 13th Street,    Franklin, PA 16323-2343
14745864       +E-mail/Text: lalusher@galaxyfcu.com Jan 01 2018 22:14:25      Galaxy Federal Credit Uniion,
                1313 Liberty Street,    Franklin, PA 16323-1528
14745865       +E-mail/Text: lalusher@galaxyfcu.com Jan 01 2018 22:14:25      Galaxy Federal Credit Union,
                1313 Liberty Street,    Franklin, PA 16323-1528
14745868       +E-mail/Text: mwetherbee@mmchs.org Jan 01 2018 22:14:24      Meadville Medical Center,
                1034 Grove Street,    Meadville, PA 16335-2945
14749489        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 01 2018 22:19:19
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14746175       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 01 2018 22:19:22
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14745870       +E-mail/PDF: gecsedi@recoverycorp.com Jan 01 2018 22:14:09      Syncb / Car Care Summit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14745871       +E-mail/PDF: gecsedi@recoverycorp.com Jan 01 2018 22:14:06      Synchrony Bank / Amazon,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14745872       +E-mail/PDF: gecsedi@recoverycorp.com Jan 01 2018 22:14:03      Synchrony Bank / Care Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14745873       +E-mail/PDF: gecsedi@recoverycorp.com Jan 01 2018 22:14:06      Synchrony Bank / PayPal Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14745874       +E-mail/PDF: gecsedi@recoverycorp.com Jan 01 2018 22:14:06      Synchrony Bank / Walmart,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14745875       +E-mail/Text: chopkins@titusvillehospital.org Jan 01 2018 22:14:17      Titusville Area Hospital,
                406 West Oak Street,    Titusville, PA 16354-1499
14745876       +E-mail/Text: bankruptcydepartment@tsico.com Jan 01 2018 22:14:26
                Transworld Systems Inc / 51,    Po Box 15618,    Wilmington, DE 19850-5618
                                                                                                          TOTAL: 18

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: culy                Page 2 of 2                  Date Rcvd: Jan 01, 2018
                               Form ID: 154A             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 3
```