# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-11324-TPA |
| | : | |
| Jesse Evan Sylvis and | : | CHAPTER 13 |
| Danielle Priscilla Sylvis, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

October 19, 2017 – Husband

November 2, 2017

November 16, 2017

November 30, 2017

December 14, 2017

October 27, 2017 – Wife

November 10, 2017

November 24, 2017

December 8, 2017

Next Payment Advice Expected (post-filing):

December 28, 2017 – Husband

December 22, 2017 – Wife

C.B. SYLVIS, JESSE EVAN AND DANIELLE PRISCILLA

# Earnings Statement

**ADP®**

LIBERTY ELECTRONICS INC.

Period Beginning: 10/01/2017
Period Ending: 10/14/2017
Pay Date: 10/19/2017

JESSE E. SYLVIS
650 GRANT STREET
FRANKLIN, PA 16323

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5100 | 69.90 | 944.35 | 15,188.07 |
| Down Time | 13.5100 | 10.10 | 136.45 | 2,206.18 |
| Overtime | | | | 963.06 |
| Holiday | | | | 855.04 |
| Profit Sharing | | | | 1,211.97 |
| Sick | | | | 269.91 |
| Training | | | | 20.27 |
| Vacation | | | | 1,818.77 |
| **Gross Pay** | | | **$1,080.80** | 22,743.18 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -89.12 | 1,220.97 |
| | Social Security Tax | -59.40 | 1,245.95 |
| | Medicare Tax | -13.89 | 291.39 |
| | PA State Income Tax | -29.41 | 616.93 |
| | Franklin Cit Income Tax | -16.76 | 351.67 |
| | PA SUI/SDI Tax | -0.76 | 15.92 |

| | Other | | |
|---|---|---|---|
| | Aflac Post Tax | -14.64 | |
| | Dental Pretx | -32.83* | 656.60 |
| | Health | -90.00* | 1,800.00 |
| | Tax Levy | -2.00 | |
| | Aflac Pretax | | 190.68 |

| **Net Pay** | **$731.99** |
|---|---|
| 2 | -731.99 |
| **Net Check** | **$0.00** |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $957.97

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sick Available | | 0.00 |
| Vacation Avail | | 8.80 |

© 1998, 2006, ADP, LLC All Rights Reserved.

© 2006 ADP, LLC

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIBERTY ELECTRONICS INC.

Advice number: 00000420202
Pay date: 10/19/2017

Deposited to the account of
JESSE E. SYLVIS

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx5015 | xxxx xxxx | $731.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP®**

*LIBERTY ELECTRONICS INC.*

| | |
|---|---|
| Period Beginning: | 10/15/2017 |
| Period Ending: | 10/28/2017 |
| Pay Date: | 11/02/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JESSE E. SYLVIS
650 GRANT STREET
FRANKLIN, PA 16323

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.9100 | 55.10 | 766.44 | 15,954.51 |
| Down Time | 13.9100 | 14.10 | 196.13 | 2,402.31 |
| Retro $'s | | | 19.20 | |
| Overtime | | | | 963.06 |
| Holiday | | | | 855.04 |
| Profit Sharing | | | | 1,211.97 |
| Sick | | | | 269.91 |
| Training | | | | 20.27 |
| Vacation | | | | 1,818.77 |
| **Gross Pay** | | | **$981.77** | 23,724.95 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -74.27 | 1,295.24 |
| | Social Security Tax | -53.25 | 1,299.20 |
| | Medicare Tax | -12.46 | 303.85 |
| | PA State Income Tax | -26.37 | 643.30 |
| | Franklin Cit Income Tax | -15.03 | 366.70 |
| | PA SUI/SDI Tax | -0.69 | 16.61 |
| | **Other** | | |
| | Aflac Post Tax | -14.64 | |
| | Dental Pretx | -32.83* | 689.43 |
| | Health | -90.00* | 1,890.00 |
| | Tax Levy | -2.00 | |
| | Vision | -10.45 | |
| | Aflac Pretax | | 190.68 |
| | **Net Pay** | **$649.78** | |
| | 2 | -649.78 | |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $858.94

**Other Benefits and Information**

| Information | this period | total to date |
|---|---|---|
| Sick Available | | 0.00 |
| Vacation Avail | | 8.80 |

© 1998, 2006, ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIBERTY ELECTRONICS INC.

| | | |
|---|---|---|
| Advice number: | 00000440201 | |
| Pay date: | 11/02/2017 | |

THIS IS NOT A CHECK

Deposited to the account of
**JESSE E. SYLVIS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx5015 | xxxx xxxx | $649.78 |

# NON-NEGOTIABLE

CO.   FILE   DEPT   CLOCK   VCHR NO.   056
THB   002601   TCPROB X 50K   0000460200

# Earnings Statement **ADP**

LIBERTY ELECTRONICS INC.

Period Beginning: 10/29/2017
Period Ending: 11/11/2017
Pay Date: 11/16/2017

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

JESSE E. SYLVIS
650 GRANT STREET
FRANKLIN, PA 16323

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.9100 | 58.60 | 815.13 | 16,769.64 |
| Down Time | 13.9100 | 16.40 | 228.12 | 2,630.43 |
| Vacation | 13.9100 | 5.00 | 69.55 | 1,888.32 |
| Overtime | | | | 963.06 |
| Holiday | | | | 855.04 |
| Profit Sharing | | | | 1,211.97 |
| Sick | | | | 269.91 |
| Training | | | | 20.27 |
| **Gross Pay** | | | **$1,112.80** | 24,837.75 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $989.97

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sick Available | | 0.00 |
| Vacation Avail | | 3.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.92 | 1,389.16 |
| | Social Security Tax | -61.38 | 1,360.58 |
| | Medicare Tax | -14.35 | 318.20 |
| | PA State Income Tax | -30.39 | 673.69 |
| | Franklin Cit Income Tax | -17.32 | 384.02 |
| | PA SUI/SDI Tax | -0.78 | 17.39 |
| | **Other** | | |
| | Aflac Post Tax | -14.64 | |
| | Dental Pretx | -32.83* | 722.26 |
| | Health | -90.00* | 1,980.00 |
| | Tax Levy | -2.00 | |
| | Aflac Pretax | | 190.68 |
| | **Net Pay** | **$755.19** | |
| | 2 | -755.19 | |
| | **Net Check** | **$0.00** | |

© 1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIBERTY ELECTRONICS INC.

Advice number: 00000460200
Pay date: 11/16/2017

THIS IS NOT A CHECK

Deposited to the account of
JESSE E. SYLVIS

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx5015 | xxxx xxxx | $755.19 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Earnings Statement**

LIBERTY ELECTRONICS INC.

| | |
|---|---|
| Period Beginning: | 11/12/2017 |
| Period Ending: | 11/25/2017 |
| Pay Date: | 11/30/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

JESSE E. SYLVIS
650 GRANT STREET
FRANKLIN, PA 16323

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.9100 | 48.20 | 670.46 | 17,440.10 |
| Down Time | 13.9100 | 8.30 | 115.45 | 2,745.88 |
| Holiday | 13.9100 | 16.00 | 222.56 | 1,077.60 |
| Vacation | 13.9100 | 2.50 | 34.78 | 1,923.10 |
| Overtime | | | | 963.06 |
| Profit Sharing | | | | 1,211.97 |
| Sick | | | | 269.91 |
| Training | | | | 20.27 |
| **Gross Pay** | | | **$1,043.25** | 25,881.00 |

Your federal taxable wages this period are $1,043.25

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Sick Available | | 0.00 |
| Vacation Avail | | 1.30 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -101.92 | 1,491.08 |
| Social Security Tax | -64.68 | 1,425.26 |
| Medicare Tax | -15.13 | 333.33 |
| PA State Income Tax | -32.03 | 705.72 |
| Franklin Cit Income Tax | -18.26 | 402.28 |
| PA SUI/SDI Tax | -0.73 | 18.12 |
| **Other** | | |
| Aflac Post Tax | -14.64 | |
| Tax Levy | -2.00 | |
| Aflac Pretax | | 190.68 |
| Dental Pretx | | 722.26 |
| Health | | 1,980.00 |
| **Net Pay** | **$793.86** | |
| 2 | -793.86 | |
| **Net Check** | **$0.00** | |

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIBERTY ELECTRONICS INC.

| | |
|---|---|
| Advice number: | 00000480197 |
| Pay date | 11/30/2017 |

THIS IS NOT A CHECK

Deposited to the account of
**JESSE E. SYLVIS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx5015 | XXXX XXXX | $793.86 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR NO. 056

**Earnings Statement**

**ADP**

LIBERTY ELECTRONICS INC.

Period Beginning: 11/26/2017
Period Ending: 12/09/2017
Pay Date: 12/14/2017

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

JESSE E. SYLVIS
650 GRANT STREET
FRANKLIN, PA 16323

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.9100 | 66.20 | 920.84 | 18,360.94 |
| Down Time | 13.9100 | 13.80 | 191.96 | 2,937.84 |
| Overtime | | | | 963.06 |
| Holiday | | | | 1,077.60 |
| Profit Sharing | | | | 1,211.97 |
| Sick | | | | 269.91 |
| Training | | | | 20.27 |
| Vacation | | | | 1,923.10 |
| **Gross Pay** | | | **$1,112.80** | 26,993.80 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages
Your federal taxable wages this period are $989.97

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | | 0.00 |
| Vacation Avail | | 1.30 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.92 | 1,585.00 |
| | Social Security Tax | -61.38 | 1,486.64 |
| | Medicare Tax | -14.35 | 347.68 |
| | PA State Income Tax | -30.39 | 736.11 |
| | Franklin Cit Income Tax | -17.32 | 419.60 |
| | PA SUI/SDI Tax | -0.78 | 18.90 |
| | **Other** | | |
| | Aflac Post Tax | -14.64 | |
| | Dental Pretx | -32.83* | 755.09 |
| | Health | -90.00* | 2,070.00 |
| | Tax Levy | -2.00 | |
| | Vision | -10.45 | |
| | Aflac Pretax | | 190.68 |
| | **Net Pay** | **$744.74** | |
| | 2 | -744.74 | |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC

LIBERTY ELECTRONICS INC.

Advice number: 00000500418
Pay date: 12/14/2017

Deposited to the account of
JESSE E. SYLVIS

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX5015 | XXXX XXXX | $744.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT ■

# Earnings Statement

**LIBERTY ELECTRONICS INC.**

| | |
|---|---|
| Period Beginning: | 11/26/2017 |
| Period Ending: | 12/09/2017 |
| Pay Date: | 12/14/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

JESSE E. SYLVIS
650 GRANT STREET
FRANKLIN, PA 16323

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Profit Sharing | | | 547.38 | 1,759.35 |
| Regular | | | | 18,360.94 |
| Overtime | | | | 963.06 |
| Down Time | | | | 2,937.84 |
| Holiday | | | | 1,077.60 |
| Sick | | | | 269.91 |
| Training | | | | 20.27 |
| Vacation | | | | 1,923.10 |
| **Gross Pay** | | | **$547.38** | 27,541.18 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | | 0.00 |
| Vacation Avail | | 1.30 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -33.94 | 1,520.58 |
| | Medicare Tax | -7.94 | 355.62 |
| | PA State Income Tax | -16.80 | 752.91 |
| | Franklin Cit Income Tax | -9.58 | 429.18 |
| | PA SUI/SDI Tax | -0.38 | 19.28 |
| | Federal Income Tax | | 1,585.00 |
| | **Other** | | |
| | Aflac Pretax | | 190.68 |
| | Dental Pretx | | 755.09 |
| | Health | | 2,070.00 |
| | **Net Pay** | **$478.74** | |
| | 2 | -478.74 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $547.38

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LIBERTY ELECTRONICS INC.

| | |
|---|---|
| Advice number: | 00000500419 |
| Pay date: | 12/14/2017 |

Deposited to the account of
**JESSE E. SYLVIS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5015 | xxxx xxxx | $478.74 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| Statement of Earnings For: | **DANIELLE SYLVIS** | | | | **Adagio Health, Inc.** |
|---|---|---|---|---|---|

| Employee #: | 230 | Department | 10 | Period Begin: | 10/9/2017 | Check Date: | 10/27/2017 | 960 Penn Avenue |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Cost Center | 5887 | Period End: | 10/22/2017 | | | Suite 600 |
| SSN: | XXX-XX-1388 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | | Pittsburgh, PA 15222 |
| Company Id: | ADAGIO | State Filing: | | Exemptions: | 1 | Additional Tax: | | 412-253-8133 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1037543 | $0.00 | $958.20 | $789.06 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.0000 | 79.85 | 958.20 | 1,113.75 | 13,306.14 | SOC SEC EE | 59.41 | 1,037.83 | | | |
| Overtime @ 1.5 | | 0.00 | 0.00 | 0.17 | 3.06 | MED EE | 13.90 | 242.72 | | | |
| FMLA | | 0.00 | 0.00 | 88.30 | 1,059.60 | FEDERAL WH | 46.97 | 777.49 | | | |
| Holiday | | 0.00 | 0.00 | 56.00 | 654.56 | PENNSYLVANIA | 29.42 | 513.91 | | | |
| Sick | | 0.00 | 0.00 | 67.89 | 803.78 | CRANBERRY TWP | 16.77 | 292.92 | | | |
| Vacation | | 0.00 | 0.00 | 76.00 | 912.00 | PENNSYLVANIA | 0.67 | 11.72 | | | |
| | | | | | | CRANBERRY TWP | 2.00 | 38.00 | | | |
| **Total:** | | 79.85 | 958.20 | 1,402.11 | 16,739.14 | **Total:** | 169.14 | 2,914.59 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 4.6154 | Taken: 0.00 | Balance | -12.62 | Checking | Account: ####5015 | | Deposit Amount: | 789.06 |
| Sick | Accrued: 2.4615 | Taken: 0.00 | Balance | 3.65 | | | | | |

adagio
health

**Adagio Health, Inc.**
**960 Penn Avenue**
**Suite 600**
**Pittsburgh, PA 15222**
**412-253-8133**

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/27/2017 | V1037543 |

| TOTAL NET PAY |
|---|
| ********$789.06 |

230 10 5887

**DANIELLE SYLVIS**

650 GRANT ST
FRANKLIN, PA 16323

**NOT NEGOTIABLE**

| Statement of Earnings For: | **DANIELLE SYLVIS** | | | | | Adagio Health, Inc. |
|---|---|---|---|---|---|---|

| Employee #: | 230 | Department | 10 | Period Begin: | 10/23/2017 | Check Date: | 11/10/2017 | 960 Penn Avenue |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Cost Center | 5887 | Period End: | 11/5/2017 | | | Suite 600 |
| SSN: | XXX-XX-1388 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | | Pittsburgh, PA 15222 |
| Company Id: | ADAGIO | State Filing: | | Exemptions: | 1 | Additional Tax: | | 412-253-8133 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1058952 | $0.00 | $960.00 | $790.47 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 56.00 | 672.00 | 1,169.75 | 13,978.14 |
| Sick | 12.0000 | 8.00 | 96.00 | 75.89 | 899.78 |
| Vacation | 12.0000 | 16.00 | 192.00 | 92.00 | 1,104.00 |
| Overtime @ 1.5 | | 0.00 | 0.00 | 0.17 | 3.06 |
| FMLA | | 0.00 | 0.00 | 88.30 | 1,059.60 |
| Holiday | | 0.00 | 0.00 | 56.00 | 654.56 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 59.52 | 1,097.35 |
| MED EE | 13.92 | 256.64 |
| FEDERAL WH | 47.15 | 824.64 |
| PENNSYLVANIA | 29.47 | 543.38 |
| CRANBERRY TWP | 16.80 | 309.72 |
| PENNSYLVANIA | 0.67 | 12.39 |
| CRANBERRY TWP | 2.00 | 40.00 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

| **Total:** | | 80.00 | 960.00 | 1,482.11 | 17,699.14 | **Total:** | 169.53 | 3,084.12 | **Total:** | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### CURRENT PERIOD LEAVE ACCRUAL

| Vacation | Accrued: | 4.6154 | Taken: | 16.00 | Balance | -24.00 |
|---|---|---|---|---|---|---|
| Sick | Accrued: | 2.4615 | Taken: | 8.00 | Balance | -1.89 |

### DISTRIBUTION OF NET PAY

| Checking | Account: ####5015 | Deposit Amount: | 790.47 |
|---|---|---|---|



**Adagio Health, Inc.**
960 Penn Avenue
Suite 600
Pittsburgh, PA 15222
412-253-8133

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/10/2017 | V1058952 |

| TOTAL NET PAY |
|---|
| ********$790.47 |

230 10 5887

**DANIELLE SYLVIS**
650 GRANT ST
FRANKLIN, PA 16323

**NOT NEGOTIABLE**

| Statement of Earnings For: | **DANIELLE SYLVIS** | | | | | | | **Adagio Health, Inc.** |
|---|---|---|---|---|---|---|---|---|

| Employee #: | 230 | Department | 10 | Period Begin: | 11/6/2017 | Check Date: | 11/24/2017 | 960 Penn Avenue |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Cost Center | 5887 | Period End: | 11/19/2017 | | | Suite 600 |
| SSN: | XXX-XX-1388 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | | Pittsburgh, PA 15222 |
| Company Id: | ADAGIO | State Filing: | | Exemptions: | 1 | Additional Tax: | | 412-253-8133 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1091456 | $0.00 | $939.36 | $774.47 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 66.28 | 795.36 | 1,236.03 | 14,773.50 |
| Sick | 12.0000 | 12.00 | 144.00 | 87.89 | 1,043.78 |
| Overtime @ 1.5 | | 0.00 | 0.00 | 0.17 | 3.06 |
| FMLA | | 0.00 | 0.00 | 88.30 | 1,059.60 |
| Holiday | | 0.00 | 0.00 | 56.00 | 654.56 |
| Vacation | | 0.00 | 0.00 | 92.00 | 1,104.00 |
| **Total:** | | **78.28** | **939.36** | **1,560.39** | **18,638.50** |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 58.24 | 1,155.59 |
| MED EE | 13.62 | 270.26 |
| FEDERAL WH | 45.09 | 869.73 |
| PENNSYLVANIA | 28.84 | 572.22 |
| CRANBERRY TWP | 16.44 | 326.16 |
| PENNSYLVANIA | 0.66 | 13.05 |
| CRANBERRY TWP | 2.00 | 42.00 |
| **Total:** | **164.89** | **3,249.01** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation | Accrued: | 4.6154 | Taken: | 0.00 | Balance | -19.38 |
| Sick | Accrued: | 2.4615 | Taken: | 12.00 | Balance | -11.43 |

### DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: ####5015 | Deposit Amount: | 774.47 |



**Adagio Health, Inc.**
**960 Penn Avenue**
**Suite 600**
**Pittsburgh, PA 15222**
**412-253-8133**

230 10 5887

**DANIELLE SYLVIS**

650 GRANT ST
FRANKLIN, PA 16323

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/24/2017 | V1091456 |

| TOTAL NET PAY |
|---|
| ********$774.47 |

**NOT NEGOTIABLE**

Statement of Earnings For: **DANIELLE SYLVIS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 230 | Department | 10 | Period Begin: | 11/20/2017 | Check Date: | 12/8/2017 |
| Clock Number: | | Cost Center | 5887 | Period End: | 12/3/2017 | | |
| SSN: | XXX-XX-1388 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | |
| Company Id: | ADAGIO | State Filing: | | Exemptions: | 1 | Additional Tax: | |

**Adagio Health Inc**
960 Penn Avenue
Suite 600
Pittsburgh, PA 15222
412-253-8133

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1114464 | $0.00 | $960.00 | $790.47 | |

**EARNINGS** *Not Included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 56.00 | 672.00 | 1,292.03 | 15,445.50 |
| Holiday | 12.0000 | 16.00 | 192.00 | 72.00 | 846.56 |
| Vacation | 12.0000 | 8.00 | 96.00 | 100.00 | 1,200.00 |
| Overtime @ 1.5 | | 0.00 | 0.00 | 0.17 | 3.06 |
| FMLA | | 0.00 | 0.00 | 88.30 | 1,059.60 |
| Sick | | 0.00 | 0.00 | 87.89 | 1,043.78 |
| **Total:** | | 80.00 | 960.00 | 1,640.39 | 19,598.50 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 59.52 | 1,215.11 |
| MED EE | 13.92 | 284.18 |
| FEDERAL WH | 47.15 | 916.88 |
| PENNSYLVANIA | 29.47 | 601.69 |
| CRANBERRY TWP | 16.80 | 342.96 |
| PENNSYLVANIA | 0.67 | 13.72 |
| CRANBERRY TWP | 2.00 | 44.00 |
| **Total:** | 169.53 | 3,418.54 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 4.6154 | Taken: | 8.00 | Balance | -22.77 |
| Sick | Accrued: | 2.4615 | Taken: | 0.00 | Balance | -8.97 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####5015 | Deposit Amount: 790.47 |

adagio health

**Adagio Health, Inc.**
**960 Penn Avenue**
**Suite 600**
**Pittsburgh, PA 15222**
**412-253-8133**

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/8/2017 | V1114464 |

| TOTAL NET PAY |
|---|
| ********$790.47 |

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

**DANIELLE SYLVIS**
650 GRANT ST
FRANKLIN, PA 16323

**NOT NEGOTIABLE**