**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jesse Evan Sylvis** | Social Security number or ITIN  **xxx–xx–4871** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Danielle Priscilla Sylvis** | Social Security number or ITIN  **xxx–xx–1388** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13  12/15/17** |
| Case number:  **17–11324–TPA** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jesse Evan Sylvis | Danielle Priscilla Sylvis |
| 2. | **All other names used in the last 8 years** | | aka Danielle P Morrison |
| 3. | **Address** | 650 Grant Street<br>Franklin, PA 16323 | 650 Grant Street<br>Franklin, PA 16323 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email:  dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 1/9/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 13, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/16/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/23/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/13/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/13/18** at **02:00 PM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jesse Evan Sylvis  
Danielle Priscilla Sylvis  
    Debtors

Case No. 17-11324-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy     Page 1 of 2     Date Rcvd: Jan 09, 2018  
                 Form ID: 309I     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.

```
db/jdb       +Jesse Evan Sylvis,    Danielle Priscilla Sylvis,    650 Grant Street,    Franklin, PA 16323-2218
aty          +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
tr           +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14745852     +BYL Collection Services,    301 Lacey Street,    Floor 2,    West Chester, PA 19382-3727
14745855     +Citibank North America,    Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14745857     +Comenity Bank / Ulta Beauty,    Po Box 182125,    Columbus, OH 43218-2125
14745866     +Kay Jewelers,    Po Box 4485,    Beaverton, OR 97076-4485
14745867     +Leroys Jewelers,    Sterling Jewelers, Inc,    Attn: Bankruptcy,    PO Box 1799,
               Akron, OH 44309-1799
14745869     +Novasom Inc.,    801 Cromwell Park Drive,    # 108,    Glen Burnie, MD 21061-2539
14745878     +YMCA of Franklin and Grove City,    111 West Park Street,    Franklin, PA 16323-1365
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: dan@mrdebtbuster.com Jan 10 2018 01:31:48      Daniel P. Foster,
               Foster Law Offices,    PO Box 966,    Meadville, PA   16335
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2018 01:32:14      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 10 2018 01:32:19
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
14745853     +EDI: CAPITALONE.COM Jan 10 2018 01:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
14745854     +E-mail/Text: kzoepfel@credit-control.com Jan 10 2018 01:32:22      Central Loan Admin,
               Po Box 77404,    Ewing, NJ 08628-6404
14745856     +E-mail/Text: bankruptcy@firstenergycorp.com Jan 10 2018 01:32:23      Collection Service Center,
               839 5th Avenue,    New Kensington, PA 15068-6303
14745858     +EDI: WFNNB.COM Jan 10 2018 01:28:00      Comenity Capital / Gamestop,    Comenity Bank,
               Po Box 182125,    Columbus, OH 43218-2125
14745859     +EDI: RCSFNBMARIN.COM Jan 10 2018 01:28:00      Credit One Bank Na,    Po Box 98873,
               Las Vegas, NV 89193-8873
14745861      EDI: DIRECTV.COM Jan 10 2018 01:28:00      DirecTV LLC,    Attn: Bankruptcies,    PO Box 6550,
               Englewood, CO 80155
14745860     +E-mail/Text: electronicbkydocs@nelnet.net Jan 10 2018 01:32:24
               Department Of Education / 582 / Nelnet,    Attn: Bankruptcy,    Po Box 82505,
               Lincoln, NE 68501-2505
14745862     +E-mail/Text: bknotice@erccollections.com Jan 10 2018 01:32:25
               ERC / Enhanced Recovery Corporation,    Attn: Bankruptcy,    8014 Bayberry Road,
               Jacksonville, FL 32256-7412
14745863     +E-mail/Text: slucas@for-cu.com Jan 10 2018 01:32:29      Franklin Oil Region Credit Union,
               101 North 13th Street,    Franklin, PA 16323-2343
14745864     +E-mail/Text: lalusher@galaxyfcu.com Jan 10 2018 01:32:35      Galaxy Federal Credit Uniion,
               1313 Liberty Street,    Franklin, PA 16323-1528
14745865     +E-mail/Text: lalusher@galaxyfcu.com Jan 10 2018 01:32:35      Galaxy Federal Credit Union,
               1313 Liberty Street,    Franklin, PA 16323-1528
14753312     +EDI: MID8.COM Jan 10 2018 01:28:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN MI 48090-2011
14745868     +E-mail/Text: mwetherbee@mmchs.org Jan 10 2018 01:32:33      Meadville Medical Center,
               1034 Grove Street,    Meadville, PA 16335-2945
14749489      EDI: PRA.COM Jan 10 2018 01:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
14746175     +EDI: PRA.COM Jan 10 2018 01:28:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14745870     +EDI: RMSC.COM Jan 10 2018 01:28:00      Syncb / Car Care Summit,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14745871     +EDI: RMSC.COM Jan 10 2018 01:28:00      Synchrony Bank / Amazon,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14745872     +EDI: RMSC.COM Jan 10 2018 01:28:00      Synchrony Bank / Care Credit,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14745873     +EDI: RMSC.COM Jan 10 2018 01:28:00      Synchrony Bank / PayPal Credit,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14745874     +EDI: RMSC.COM Jan 10 2018 01:28:00      Synchrony Bank / Walmart,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14745875     +E-mail/Text: chopkins@titusvillehospital.org Jan 10 2018 01:32:03      Titusville Area Hospital,
               406 West Oak Street,    Titusville, PA 16354-1499
14745876     +E-mail/Text: bankruptcydepartment@tsico.com Jan 10 2018 01:32:46
               Transworld Systems Inc / 51,    Po Box 15618,    Wilmington, DE 19850-5618
14745877     +EDI: WFFC.COM Jan 10 2018 01:28:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
               Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 26
```

```
District/off: 0315-1          User: culy                Page 2 of 2               Date Rcvd: Jan 09, 2018
                              Form ID: 309I             Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pingora Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
            Daniel P. Foster    on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com,
             clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
            Daniel P. Foster    on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com,
             clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
            James Warmbrodt    on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```