**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jesse Evan Sylvis<br>&<br>Danielle Priscilla Sylvis aka Danielle P Morrison<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 17-11324 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

   Respectfully submitted,

   **/s/ James C. Warmbrodt, Esquire**
   James C. Warmbrodt, Esquire
   jwarmbrodt@kmllawgroup.com
   Attorney I.D. No. 42524
   KML Law Group, P.C.
   701 Market Street, Suite 5000
   Philadelphia, PA 19106
   Phone: (215)-627-1322


   Attorney for Movant/Applicant