**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JESSE EVAN SYLVIS | Case No. 17-11324TPA |
| DANIELLE PRISCILLA SYLVIS | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | Document No __ |
| PINGORA LOAN SERVICING LLC | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 5213.

Regular mortgage payments are currently being directed to the following creditor at the following address:

PINGORA LOAN SERVICING LLC
C/O CENLAR FSB**
425 PHILLPS BLVD
EWING,NJ 08618

Movant has been requested to send payments to:
FREEDOM MORTGAGE
10500 KINCAID DR
SUITE 111
FISHERS, IN 46037-9764
5213

The Chapter 13 Trustee's CID Records of PINGORA LOAN SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/8/2018.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JESSE EVAN SYLVIS, DANIELLE PRISCILLA SYLVIS, 650 GRANT STREET, FRANKLIN, PA  16323

ORIGINAL CREDITOR:
PINGORA LOAN SERVICING LLC, C/O CENLAR FSB**, 425 PHILLPS BLVD, EWING, NJ  08618

NEW CREDITOR:
FREEDOM MORTGAGE
10500 KINCAID DR
SUITE 111
FISHERS, IN 46037-9764

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, PO BOX 966, MEADVILLE, PA  16335

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106