# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-11324-TPA |
| Jesse Evan Sylvis and ) | |
| Danielle Priscilla Sylvis ) | |
| ) | |
| **Debtor** ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 40 |

## CONSENT ORDER MODIFYING JULY 13, 2018 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated July 13, 2018, it is

ORDERED that Part "1.A." be amended to add the following: The periodic monthly plan payment shall be increased to $1110.00 beginning September, 2018;

IT IS FURTHER ORDERED that Part "1.H." be amended to add the following: The Trustee shall compute monthly payments to auto loan creditors to ensure that the claims are paid in full within the forty-eight month plan term.

The Order dated July 13, 2018 otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910   Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel Foster, Esquire
Attorney for the debtors
Foster Law Offices
PO Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com