FILED
8/31/18 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-11324-TPA |
| Jesse Evan Sylvis and | ) | |
| Danielle Priscilla Sylvis | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | Document No. _____ |
| | ) | Related to Document No. 40 , 43 |

### CONSENT ORDER MODIFYING JULY 13, 2018 2018 ORDER

AND NOW, this ___31st___ day of _____August_____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated July 13, 2018, it is

ORDERED that Part "1.A." be amended to add the following: The periodic monthly plan payment shall be increased to $1110.00 beginning September, 2018;

IT IS FURTHER ORDERED that Part "1.H." be amended to add the following: The Trustee shall compute monthly payments to auto loan creditors to ensure that the claims are paid in full within the forty-eight month plan term.

The Order dated July 13, 2018 otherwise remains in full force and effect.

BY THE COURT:

_____  jlm
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910   Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Daniel P. Foster
Daniel Foster, Esquire
Attorney for the debtors
Foster Law Offices
PO Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-11324-TPA
Jesse Evan Sylvis                                                                       Chapter 13
Danielle Priscilla Sylvis
        Debtors                          **CERTIFICATE OF NOTICE**

District/off: 0315-1          User: culy                    Page 1 of 2                  Date Rcvd: Aug 31, 2018
                              Form ID: pdf900               Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db/jdb         +Jesse Evan Sylvis,   Danielle Priscilla Sylvis,    650 Grant Street,   Franklin, PA 16323-2218
14745852       +BYL Collection Services,   301 Lacey Street,   Floor 2,   West Chester, PA 19382-3727
14745855       +Citibank North America,   Centralized Bankruptcy,   Po Box 790040,   Saint Louis, MO 63179-0040
14745861      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DirecTV LLC,   Attn: Bankruptcies,   PO Box 6550,
                 Englewood, CO 80155)
14864911        Freedom Mortgage Corporation,   10500 Kincaid Blvd., Fishers, IN 46037
14745866       +Kay Jewelers,   Po Box 4485,   Beaverton, OR 97076-4485
14745867       +Leroys Jewelers,   Sterling Jewelers, Inc,   Attn: Bankruptcy,   PO Box 1799,
                 Akron, OH 44309-1799
14745869       +Novasom Inc.,   801 Cromwell Park Drive,   # 108,   Glen Burnie, MD 21061-2539
14775419       +Penelec,   c/o FirstEnergy,   Building #1, Suite 1-511,   101 Crawford's Corner,
                 Holmdel, NJ 07733-1976
14777060       +Pingora Loan Servicing, LLC,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
14771632        UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14772779        UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14778533       +Unifund CCR,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
14745877       +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657
14745878       +YMCA of Franklin and Grove City,   111 West Park Street,   Franklin, PA 16323-1365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: lalusher@galaxyfcu.com Sep 01 2018 01:48:41     Galaxy Federal Credit Union,
                 Linda Lusher,   1313 LIBERTY AVENUE,   Franklin, PA 16323-1528
14745853       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 01 2018 01:51:49     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14758800       +E-mail/Text: bankruptcy@cavps.com Sep 01 2018 01:48:39     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14745854       +E-mail/Text: kzoepfel@credit-control.com Sep 01 2018 01:48:28     Central Loan Admin,
                 Po Box 77404,   Ewing, NJ 08628-6404
14745856       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 01 2018 01:48:31     Collection Service Center,
                 839 5th Avenue,   New Kensington, PA 15068-6303
14745857       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 01 2018 01:48:07
                 Comenity Bank / Ulta Beauty,   Po Box 182125,   Columbus, OH 43218-2125
14745858       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 01 2018 01:48:07
                 Comenity Capital / Gamestop,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
14745859       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 01 2018 01:51:35     Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14745860       +E-mail/Text: electronicbkydocs@nelnet.net Sep 01 2018 01:48:31
                 Department Of Education / 582 / Nelnet,   Attn: Bankruptcy,   Po Box 82505,
                 Lincoln, NE 68501-2505
14745862       +E-mail/Text: bknotice@ercbpo.com Sep 01 2018 01:48:32     ERC / Enhanced Recovery Corporation,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
14745863       +E-mail/Text: slucas@for-cu.com Sep 01 2018 01:48:35     Franklin Oil Region Credit Union,
                 101 North 13th Street,   Franklin, PA 16323-2343
14745864       +E-mail/Text: lalusher@galaxyfcu.com Sep 01 2018 01:48:41     Galaxy Federal Credit Uniion,
                 1313 Liberty Street,   Franklin, PA 16323-1528
14745865       +E-mail/Text: lalusher@galaxyfcu.com Sep 01 2018 01:48:41     Galaxy Federal Credit Union,
                 1313 Liberty Street,   Franklin, PA 16323-1528
14777997        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2018 01:51:36
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14753312       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2018 01:48:20     MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN MI 48090-2011
14745868       +E-mail/Text: mwetherbee@mmchs.org Sep 01 2018 01:48:40     Meadville Medical Center,
                 1034 Grove Street,   Meadville, PA 16335-2945
14749489        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2018 01:51:33
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14746175       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2018 01:51:50
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14775234        E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2018 01:48:08
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
14745870       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:15     Syncb / Car Care Summit,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14776394       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:48     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14745871       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:48     Synchrony Bank / Amazon,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14745872       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:31     Synchrony Bank / Care Credit,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14745873       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:15     Synchrony Bank / PayPal Credit,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060

```
District/off: 0315-1          User: culy              Page 2 of 2              Date Rcvd: Aug 31, 2018
                              Form ID: pdf900         Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14745874      +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:48      Synchrony Bank / Walmart,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14745875      +E-mail/Text: chopkins@titusvillehospital.org Sep 01 2018 01:47:59      Titusville Area Hospital,
               406 West Oak Street,    Titusville, PA 16354-1499
14745876      +E-mail/Text: bankruptcydepartment@tsico.com Sep 01 2018 01:48:49
               Transworld Systems Inc / 51,    Po Box 15618,    Wilmington, DE 19850-5618
14758758      +E-mail/Text: electronicbkydocs@nelnet.net Sep 01 2018 01:48:31      U.S. Department of Education,
               C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Freedom Mortgage Corporation
cr              Pingora Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:

```
          Daniel P. Foster    on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James   Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          James M. Greenfield    on behalf of Creditor    Galaxy Federal Credit Union
           greenfieldlaw@dalewoodardgent.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```