IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jesse Evan Sylvis | : | Case No. 17-11324-TPA |
| Danielle Priscilla Sylvis | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Movant(s) | : | Related to Claim # 10-1 |
| | : | |
| vs. | : | |
| | : | Hearing Date: |
| Titusville Area Hospital | : | |
| Respondent(s) | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON TRUSTEE'S MOTION TO COMPEL CREDITOR TO RESTRICT PUBLIC
ACCESS TO CLAIM**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than December 3, 2018, i.e., twenty (20) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on January 09, 2018, at 10:00 a.m. by Judge Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row Erie, PA 16501. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 11-13-2018

 /s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com