IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jesse Evan Sylvis | : | Case No. 17-11324-TPA |
| Danielle Priscilla Sylvis | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Movant(s) | : | Related to Claim # 10-1 |
| | : | |
| vs. | : | |
| | : | Hearing Date: |
| Titusville Area Hospital | : | |
| Respondent(s) | : | |

**<u>AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE
ON TRUSTEE'S MOTION TO COMPEL CREDITOR TO AMEND CLAIM AND
RESTRICT PUBLIC ACCESS TO CLAIM</u>**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than December 3, 2018, i.e., twenty (20) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on January 09, 2019, at 10:00 a.m. by Judge Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row Erie, PA 16501. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 11-15-2018

/s/ Jana S. Pail____
Jana S. Pail - PA I.D. #88910
Attorney for the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jesse Evan Sylvis | : | Case No. 17-11324-TPA |
| Danielle Priscilla Sylvis | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Movant(s) | : | Related to Claim # 10-1 |
| | : | |
| vs. | : | |
| | : | Hearing Date: |
| Titusville Area Hospital | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of November 2018, I served one true and correct copy of the foregoing document along with the notice of hearing on the following parties in interest by United States first-class mail, postage prepaid, unless otherwise stated, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Titusville Area Hospital
406 West Oak Street
Titusville, PA 16354

Charlene Hopkins, Financial Counselor
Titusville Area Hospital
406 West Oak Street
Titusville, PA 16354
*served by Certified Mail

Jesse and Danielle Sylvis
650 Grant Street
Franklin PA 16323

Daniel Foster, Esquire
Po Box 966
Meadville PA 16335

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566