IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 17-11324-TPA |
| | ) |
| JESSE EVAN SYLVIS AND DANIELLE PRISCILLA SYLVIS, | ) |
| | ) Chapter 13 |
| Debtor | ) Related to Request to Restrict Public Access to |
| | ) Claim No.10 |
| TITUSVILLE AREA HOSPITAL | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENTS | ) |

### CERTIFICATE OF SERVICE

I, Mark G. Claypool, certify that, on the 17th day of December, 2018 I caused to be served a copy of the Text Order granting Movant's Request to Restrict Public Access to Claim upon the following individuals by regular First Class United States Mail, postage prepaid.

| | | |
|---|---|---|
| Daniel P. Foster | Jesse Evan Sylvis | Danielle Priscilla Sylvis |
| Foster Law Offices | 650 Grant Street | 650 Grant Street |
| PO Box 966 | Franklin, PA 16323 | Franklin, PA 16323 |
| Meadville, PA 16335 | | |

Respectfully submitted,

KNOX MCLAUGHLIN GORNALL AND SENNETT, P.C,

BY: /s/ Mark G. Claypool
 Mark G. Claypool
 PA I.D. No. 63199
 120 West Tenth Street
 Erie, Pennsylvania 16501-1461
 (814) 459-2800
 mclaypool@kmgslaw.com