LAW OFFICES<br>
McCALLA RAYMER LEIBERT PIERCE, LLC<br>
BANKRUPTCY DEPARTMENT<br>
1544 Old Alabama Road<br>
<u>Roswell</u>,  GA 30076<br>
TELEPHONE: 770-643-7200<br>
TELEFAX: 866-761-0279<br>
1-800-275-7171

March 26, 2019

Clerk, United States Bankruptcy Court
17 South Park Row
U.S. Courthouse, Room B160
Erie, PA 16501

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtors | Jesse Evan Sylvis and Danielle Priscilla Sylvis |
| Case Number | 17-11324 |
| Chapter | 13 |
| Secured Creditor | Freedom Mortgage Corporation |
| Loan Number | XXXXXX4094 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Freedom Mortgage Corporation
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Maria Tsagaris
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
1544 Old Alabama Road
Roswell, GA  30076
Phone: 678-281-6532
Email: Maria.Tsagaris@mccalla.com
Attorney Bar No: 143071