**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | **:** | **Bankruptcy No. 17-11324-TPA** |
| **Jesse Evan Sylvis and** | **:** | |
| **Danielle Priscilla Sylvis,** | **:** | **Chapter 13** |
| **Debtors** | **:** | |
| | **:** | **Related to Docket No.: 59** |
| **Jesse Evan Sylvis and** | **:** | |
| **Danielle Priscilla Sylvis,** | **:** | |
| **Movants** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **Ronda J. Winnecour, Esquire,** | **:** | |
| **Chapter 13 Trustee,** | **:** | |
| **Respondent.** | **:** | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **March 16, 2020,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **April 1, 2020 at 11:30 AM** in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.  Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: February 28, 2020                                                Respectfully submitted,

                                                                       */s/ Daniel P. Foster, Esquire*
                                                                       Daniel P. Foster
                                                                       PA I.D. # 92376
                                                                       Foster Law Offices, LLC
                                                                       PO Box 966
                                                                       Meadville, PA 16335
                                                                       Phone: 814.724.1165
                                                                       Fax: 814.724.1158
                                                                       Email:dan@mrdebtbuster.com
                                                                       Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: <u>February 28, 2020</u>

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

Galaxy Federal Credit Union
Linda Lusher
1313 LIBERTY AVENUE
Franklin, PA 16323-1528

PRA Receivables Management, LLC
**claims@recoverycorp.com**

TITUSVILLE AREA HOSPITAL
406 WEST OAK ST
TITUSVILLE PA 16354-1499

BYL Collection Services
301 Lacey Street
Floor 2
West Chester, PA 19382-3727

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Central Loan Admin
Po Box 77404
Ewing, NJ 08628-6404

Citibank North America
Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

Collection Service Center
839 5th Avenue
New Kensington, PA 15068-6303

Comenity Bank / Ulta Beauty
Po Box 182125
Columbus, OH 43218-2125

Comenity Capital / Gamestop
Comenity Bank
Po Box 182125
Columbus, OH 43218-2125

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Department Of Education / 582 / Nelnet
Attn: Bankruptcy
Po Box 82505
Lincoln, NE 68501-2505

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

ERC / Enhanced Recovery Corporation
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

Franklin Oil Region Credit Union
101 North 13th Street
Franklin, PA 16323-2343

Freedom Mortgage Corporation
10500 Kincaid Blvd.,
Fishers, IN 46037

Galaxy Federal Credit Union
1313 Liberty Street
Franklin, PA 16323-1528

Kay Jewelers
Po Box 4485
Beaverton, OR 97076-4485

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Leroys Jewelers
Sterling Jewelers, Inc
Attn: Bankruptcy
PO Box 1799
Akron, OH 44309-1799

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

Novasom Inc.
801 Cromwell Park Drive
# 108
Glen Burnie, MD 21061-2539

Office of the United States Trustee
**ustpregion03.pi.ecf@usdoj.gov**

Penelec
c/o FirstEnergy
Building #1, Suite 1-511
101 Crawford's Corner
Holmdel, NJ 07733-1976

Pingora Loan Servicing, LLC
c/o Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Syncb / Car Care Summit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank / Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Transworld Systems Inc / 51
Po Box 15618
Wilmington, DE 19850-5618

U.S. Department of Education
C/O Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508-1911

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Unifund CCR
10625 Techwoods Circle
Cincinnati, OH 45242-2846

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623-9657

YMCA of Franklin and Grove City
111 West Park Street
Franklin, PA 16323-1365

Jesse Evan Sylvis
Danielle Priscilla Sylvis
650 Grant Street
Franklin, PA 16323-2218

Ronda J. Winnecour
**cmecf@chapter13trusteewdpa.com**