FILED
3/18/20 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-11324-TPA |
| Jesse Evan Sylvis and | : | |
| Danielle Priscilla Sylvis, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 59 |
| Jesse Evan Sylvis and | : | |
| Danielle Priscilla Sylvis, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### ORDER REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**AND NOW** on this ___18th___ day of _____March_____, 20_20_____, upon consideration of Debtors' Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion for Approval of Post-Petition Vehicle Financing is GRANTED.

Debtors are authorized to seek vehicle financing with a maximum monthly payment amount of Three Hundred Fifty Dollars ($350.00) per month.

The purchase/financing transaction shall occur on or before 30 days. An amended Chapter 13 Plan, to include the payment for the subject vehicle and a Report of Financing, shall be filed on or before 7 days after the date of purchase/financing.

BY THE COURT,

*/s/ Thomas P. Agresti*

jlm

Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jesse Evan Sylvis
Danielle Priscilla Sylvis
    Debtors

Case No. 17-11324-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Mar 18, 2020
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
db/jdb       +Jesse Evan Sylvis,    Danielle Priscilla Sylvis,    650 Grant Street,    Franklin, PA 16323-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
         Daniel P. Foster    on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster    on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
         James M. Greenfield    on behalf of Creditor    Galaxy Federal Credit Union
          greenfieldlaw@dalewoodardgent.com
         Mark G. Claypool    on behalf of Creditor    Titusville Area Hospital mclaypool@kmgslaw.com,
          knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Rebecca Solarz    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 9