**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-11324-TPA |
| **Jesse Evan Sylvis and** | : | |
| **Danielle Priscilla Sylvis,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No.: 70 |
| **Jesse Evan Sylvis and** | : | |
| **Danielle Priscilla Sylvis,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## STATUS REPORT

**AND NOW** this 19th day of June 2020**,** come Jesse Evan Sylvis and Danielle Priscilla Sylvis ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*.  The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on December 15, 2017 (the "Filing Date").

2. On February 28, 2020, Debtors filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On March 18, 2020, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated March 18, 2020.

Date: <u>June 19, 2020</u>                                    <u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
P. O. Box 966
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors