**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-11324-TPA |
| | : | |
| **Jesse Evan Sylvis and** | : | CHAPTER 13 |
| **Danielle Priscilla Sylvis,** | : | |
| Debtors, | : | |
| _____ | : | DOCKET NO.: 73 |
| **Freedom Mortgage Corporation,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Jesse Evan Sylvis and** | : | |
| **Danielle Priscilla Sylvis,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

The Chapter 13 Plan payment amount dated July 13, 2018 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$619.92.** The new post-petition monthly payment payable to **Freedom Mortgage Corporation** is **$623.43**, effective **December 1, 2020** per the escrow notice filed **November 6, 2020.**

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: <u>November 13, 2020</u> | <u>/s/ Daniel P. Foster, Esquire</u> |
| | Daniel P. Foster |
| | PA I.D. # 92376 |
| | Foster Law Offices |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Phone: 814.724.1165 |
| | Fax: 814.724.1158 |