IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-11324-TPA |
| | : | |
| **Jesse Evan Sylvis and** | : | CHAPTER 13 |
| **Danielle Priscilla Sylvis,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 73 |
| **Freedom Mortgage Corporation,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Jesse Evan Sylvis and** | : | |
| **Danielle Priscilla Sylvis,** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Declaration Regarding Mortgage Payment Change** on the parties listed below.

| | |
|---|---|
| Executed on: November 13, 2020 | By: /s/ Kristen N. Dennis |
| | Kristen N. Dennis, Paralegal |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |
| | |
| Ronda J. Winnecour, Trustee | KML Law Group, P.C. |
| cmecf@chapter13trusteewdpa.com | c/o Rebecca A. Solarz |
| | RSolarz@kmllawgroup.com |
| Office of the United States Trustee | |
| Ustregion03.pi.ecf@usdoj.gov | Jesse & Danielle Sylvis |
| | 650 Grant Street |
| | Franklin PA 16323 |