**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/16/2020

IN RE:

JESSE EVAN SYLVIS
DANIELLE PRISCILLA SYLVIS
650 GRANT STREET
FRANKLIN, PA 16323
XXX-XX-4871         Debtor(s)

XXX-XX-1388

Case No.17-11324 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/16/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PAYPAL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 2810 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CENLAR/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM:  0.00<br>COMMENT:  CL19GOVS*619.26/PL@CENLAR*PMT/DELCAR*DK4PMT-LMT*BGN 1/18*FR PINGOR | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4094 |
| **GALAXY FCU/FKA JOY FCU(*)**<br>1313 LIBERTY ST<br>FRANKLIN, PA  16323 | Trustee Claim Number: 4   INT %: 3.25%<br>Court Claim Number: 9<br>CLAIM:  6,775.47<br>COMMENT:  CL$GOVS@TRMS/PL*PMT/COE | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 948A |
| **GALAXY FCU/FKA JOY FCU(*)**<br>1313 LIBERTY ST<br>FRANKLIN, PA  16323 | Trustee Claim Number: 5   INT %: 3.25%<br>Court Claim Number: 8<br>CLAIM:  6,285.83<br>COMMENT:  CL$GOVS@TRMS/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 948B |
| **BYL COLLECTION SVCS LLC**<br>301 LACEY ST<br>WEST CHESTER, PA  19382 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NOVASOM/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0472 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM:  2,255.74<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0635 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM:  1,476.83<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2447 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM:  400.96<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3173 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA  50323 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7969 |

| Creditor | Trustee Claim # | Court Claim # | Claim Amount | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| **TITUSVILLE AREA HOSPITAL**<br>406 WEST OAK ST<br>TITUSVILLE, PA 16354 | 11 | 10-3 | 493.78 | GY7J~CSC/SCH*AMD | UNSECURED CREDITOR | 1388 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 12 | 16 | 468.34 | ULTA*LOAN BGN 3/9/17 | UNSECURED CREDITOR | 6027 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 13 | 20 | 1,500.62 | MHC/FNBM/CREDIT ONE | UNSECURED CREDITOR | 0865 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | 14 | 3 | 805.05 | SHERMAN/CREDIT ONE | UNSECURED CREDITOR | 4247 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | 15 | 5-2 | 10,310.83 | 3899/SCH*AMD | UNSECURED CREDITOR | 1388 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | 16 | | 0.00 | NT ADR~DEPT OF ED/SCH | UNSECURED CREDITOR | 3699 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | 17 | | 0.00 | NT ADR~DEPT OF ED/SCH | UNSECURED CREDITOR | 3799 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | 18 | | 0.00 | DIRECTV/SCH | UNSECURED CREDITOR | 1522 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 19 | | 0.00 | NT ADR~CAR CARE SUMMIT/SCH | UNSECURED CREDITOR | 2245 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | 20 | 6 | 1,074.99 | 2842/SCH*SYNCHRONY/AMAZON | UNSECURED CREDITOR | 5769 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 300.67<br>COMMENT: CARE CREDIT/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4477 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 854.99<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2810 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br>WILMINGTON, DE 19850 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MEADVILLE MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6507 |
| **YMCA**<br>600 WEST NORTH AVE<br>PITTSBURGH, PA 15212 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4343 |
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MEADVILLE MEDICAL CENTER**<br>1034 GROVE STREET<br>MEADVILLE, PA 16335 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NOVASOM**<br>801 CROMWELL PARK DR STE 108<br>GLEN BURNIE, MD 21061-2539 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TITUSVILLE AREA HOSPITAL**<br>406 WEST OAK ST<br>TITUSVILLE, PA 16354 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 693.16<br>COMMENT: ACCT NT/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9986 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 821.93<br>COMMENT: ACCT NT/SCH*COMENITY/GAMESTOP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1711 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 1,292.28<br>COMMENT: ACCT NT/SCH*SYNCHRONY/WAL-MART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6848 |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br><br>FISHERS, IN 46037 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 1,992.27<br>COMMENT: CL19GOVS*679/PL@CENLAR*THRU 12/17*FR PINGORA-DOC 37 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4094 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 609.15<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1388 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 996.50<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1388 |
| **PENELEC/FIRST ENERGY****<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br><br>HOLMDEL, NJ 07733 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 213.18<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8737 |
| **UNIFUND CCR**<br>10625 TECHWOODS CIRCLE<br><br>CINCINNATI, OH 45242 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 2,167.97<br>COMMENT: NT/SCH*STMT THRU 10/12/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0557 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES M GREENFIELD ESQ**<br>DALE WOODARD ET AL<br>1030 LIBERTY ST<br><br>FRANKLIN, PA 16323 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: GALAXY FCU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCALLA RAYMER ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br><br>ROSWELL, GA 30076-2102 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |