**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

3/10/22 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-11324-TPA |
| | : | | |
| Jesse Evan Sylvis | : | Chapter: | 13 |
| Danielle Priscilla Sylvis | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/9/2022 |
| | : | Time: | 10:00 |

<u>**PROCEEDING MEMO**</u>

**_MATTER_**          #80 Motion to Dismiss Case by Trustee
                    #82 Resp. by Debtors

**_APPEARANCES_:**

          Debtor: Daniel P. Foster
          Trustee: Ronda J. Winnecour

**_NOTES_:**

Foster:          Case was less than 60 months and there is wage attachment remitting.

Winnecour:          Recomment Plan be extended for 60 months.  $4,234.05 through February

**_OUTCOME_:**          #80 is withdrawn.
                    Plan term is extended to 60 months.  MOE

jlm