IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-11324-TPA |
| Jesse Evan Sylvis | ) | |
| Danielle Priscilla Sylvis | ) | Chapter 13 |
|     Debtor(s) | ) | Doc #  80 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     vs. | ) | |
| Jesse Evan Sylvis | ) | |
| Danielle Priscilla Sylvis | ) | |
|     Respondent(s) | ) | |

## ORDER

AND NOW, this **9th** day of **March**, **2022**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

1

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1)    the time deadline provided by state law; or

    (2)    30 days after the date of this notice.

☒ The case is not dismissed. ~~The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to~~ $_____ effective _____.

☐ This is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ___WITH / ___ WITHOUT prejudice, without further notice or hearing.

☐ Continued, generally to _____ (date)
    __ Conciliation/Status Conference with the Ch. 13 Trustee via Zoom
    __ Hearing before the Court via Zoom

☐ The Debtor(s) is to take over long term continuing debt payments beginning with the ___ _____ payment.

☒ The total due by the Debtor to complete the Plan is $ 4234.05 (Thru Feb 2025)

☐ The case is dismissed without further notice or order unless the remaining $_____ due on the Plan base is paid on or before _____.

☐ The Oral Motion by the Trustee to withdraw the *Motion to Dismiss* is GRANTED.

☒ Other: Plan term extended to 60 months

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jesse Evan Sylvis  
Danielle Priscilla Sylvis  
    Debtors

Case No. 17-11324-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Mar 10, 2022     Form ID: pdf900     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse Evan Sylvis, Danielle Priscilla Sylvis, 650 Grant Street, Franklin, PA 16323-2218 |
| 14745852 | + | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382-3727 |
| 15426300 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14864911 | | Freedom Mortgage Corporation, 10500 Kincaid Blvd., Fishers, IN 46037 |
| 14745867 | + | Leroys Jewelers, Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 15426299 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14745869 | + | Novasom Inc., 801 Cromwell Park Drive, # 108, Glen Burnie, MD 21061-2539 |
| 14775419 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14777060 | + | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14745875 | + | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |
| 14771632 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14772779 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14778533 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 14745877 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 14745878 | + | YMCA of Franklin and Grove City, 111 West Park Street, Franklin, PA 16323-1365 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: lalusher@galaxyfcu.com | Mar 10 2022 23:26:00 | Galaxy Federal Credit Union, Linda Lusher, 1313 LIBERTY AVENUE, Franklin, PA 16323-1528 |
| 14745853 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2022 23:28:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14758800 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2022 23:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14745854 | + | Email/Text: clientservices@credit-control.com | Mar 10 2022 23:26:00 | Central Loan Admin, Po Box 77404, Ewing, NJ 08628-6404 |
| 14745855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:38:57 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14745856 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 10 2022 23:26:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14745857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:26:00 | Comenity Bank / Ulta Beauty, Po Box 182125, Columbus, OH 43218-2125 |
| 14745858 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:26:00 | Comenity Capital / Gamestop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14745859 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2022 23:38:47 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14745861 | | Email/Text: G06041@att.com | Mar 10 2022 23:26:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |

Case 17-11324-TPA  Doc 85  Filed 03/12/22  Entered 03/13/22 00:23:08  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 10, 2022 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
| --- | --- | --- | --- | --- |
| 14745860 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2022 23:26:00 | Department Of Education / 582 / Nelnet, Attn: Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14745862 | + | Email/Text: bknotice@ercbpo.com | Mar 10 2022 23:26:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14745863 | + | Email/Text: slucas@for-cu.com | Mar 10 2022 23:26:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 14745864 | + | Email/Text: lalusher@galaxyfcu.com | Mar 10 2022 23:26:00 | Galaxy Federal Credit Uniion, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745865 | + | Email/Text: lalusher@galaxyfcu.com | Mar 10 2022 23:26:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745866 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 10 2022 23:27:00 | Kay Jewelers, Po Box 4485, Beaverton, OR 97076-4485 |
| 14777997 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 23:38:48 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753312 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2022 23:26:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14745868 | + | Email/Text: mwetherbee@mmchs.org | Mar 10 2022 23:26:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14749489 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2022 23:38:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14746175 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 10 2022 23:38:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775234 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2022 23:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14745870 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:28:33 | Syncb / Car Care Summit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14776394 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:28:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14745871 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:28:32 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745872 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:28:21 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745873 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:28:41 | Synchrony Bank / PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745874 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:28:41 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745876 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 10 2022 23:27:00 | Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |
| 14758758 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2022 23:26:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James M. Greenfield | on behalf of Creditor Galaxy Federal Credit Union greenfieldlaw@dalewoodardgent.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mark G. Claypool | on behalf of Creditor Titusville Area Hospital mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10