**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-11324-TPA |
| | : | |
| **Jesse Evan Sylvis and** | : | CHAPTER 13 |
| **Danielle Priscilla Sylvis,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Danielle Priscilla Sylvis,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 89 |
| | : | |
| vs. | : | |
| | : | |
| **Adagio Health,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: July 28, 2022              By: /s/ Kaitlyn E. Vale
                                         KAITLYN E. VALE, PARALEGAL
                                         FOSTER LAW OFFICES
                                         1210 Park Avenue
                                         Meadville, PA 16335
                                         Tel 814.724.1165
                                         Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## MATRIX

**ADAGIO HEALTH**
**960 PENN AVENUE**
**SUITE 600**
**PITTSBURGH PA 15222**