# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  JESSE EVAN SYLVIS
DANIELLE PRISCILLA SYLVIS
       Debtor(s)
  Ronda J. Winnecour, Trustee
  Movant
     vs.
  JESSE EVAN SYLVIS
DANIELLE PRISCILLA SYLVIS

     Respondents

Case No.17-11324TPA

Chapter 13

Document No. _____87_____

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _____27th_____ day of ___July___ , 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

Adagio Health
Attn : Payroll Manager
950 Penn Ave
Ste 600
Pittsburgh,PA 15222

is hereby ordered to immediately terminate the attachment of the wages of DANIELLE PRISCILLA SYLVIS, social security

number XXX-XX-1388.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANIELLE

PRISCILLA SYLVIS.

BY THE COURT:

jlm

_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-11324-TPA
Jesse Evan Sylvis                                                               Chapter 13
Danielle Priscilla Sylvis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                    Page 1 of 2
Date Rcvd: Jul 27, 2022                       Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jesse Evan Sylvis, Danielle Priscilla Sylvis, 650 Grant Street, Franklin, PA 16323-2218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James M. Greenfield | on behalf of Creditor Galaxy Federal Credit Union greenfieldlaw@dalewoodardgent.com |

District/off: 0315-1                              User: auto                                    Page 2 of 2
Date Rcvd: Jul 27, 2022                          Form ID: pdf900                          Total Noticed: 1

Mario J. Hanyon
                        on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mark G. Claypool
                        on behalf of Creditor Titusville Area Hospital mclaypool@kmgslaw.com
                        knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
                        on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 10