**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/27/22 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JESSE EVAN SYLVIS<br>DANIELLE PRISCILLA SYLVIS<br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>      vs.<br>JESSE EVAN SYLVIS<br>DANIELLE PRISCILLA SYLVIS<br><br>       Respondents | Case No.17-11324TPA<br><br><br>Chapter 13<br><br><br>Document No.___88_____ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___27th___ day of ___July___, 20_22_, it is hereby ORDERED, ADJUDGED, and DECREED that

Liberty Electronics Inc
Attn: Payroll Manager
189 Howard St
Franklin, PA 16323

is hereby ordered to immediately terminate the attachment of the wages of JESSE EVAN SYLVIS, social security number

XXX-XX-4871. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JESSE EVAN SYLVI

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-11324-TPA
Jesse Evan Sylvis  Chapter 13
Danielle Priscilla Sylvis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 2
Date Rcvd: Jul 27, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jesse Evan Sylvis, Danielle Priscilla Sylvis, 650 Grant Street, Franklin, PA 16323-2218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

James M. Greenfield
    on behalf of Creditor Galaxy Federal Credit Union greenfieldlaw@dalewoodardgent.com

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mark G. Claypool
    on behalf of Creditor Titusville Area Hospital mclaypool@kmgslaw.com
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10