Certificate Number: 03088-PAW-DE-036735905

Bankruptcy Case Number: 17-11324



03088-PAW-DE-036735905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2022, at 7:59 o'clock PM CDT, Jesse Evan Sylvis completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 4, 2022                By:   /s/Doug Tonne

                                      Name: Doug Tonne

                                      Title: Counselor