FILED
9/28/22 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>WITHDRAWAL OF APPEARANCES REBECCA SOLARZ, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF BRIAN C. NICHOLAS, ESQUIRE, IN VARIOUS OPEN CASES | Miscellaneous No.  22-00225-GLT<br><br>Related dkt. No. 2 |

## ORDER OF COURT

AND NOW, this  28th   day of  September   , 2022, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Rebecca Solarz, Esquire, and Enter the Appearance of Brian C. Nicholas, Esquire, it is hereby

ORDERED that the Motion is granted, and Rebecca Solarz, Esquire, is granted leave to withdraw his appearance as counsel of record in in the list of cases attached to the Motion as Exhibit "A", and it is further

ORDERED that the appearance of Brian C. Nicholas, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Solarz in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

Dated: 9/28/22

_____J.
U.S. Bankruptcy Judge   hct