**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jesse Evan Sylvis
Danielle Priscilla Sylvis
aka Danielle P Morrison**
  Debtor(s)

Bankruptcy Case No.: 17−11324−JAD

Chapter: 13
Docket No.: 105 − 101

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 3rd of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 11/28/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/7/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/28/22.**

                                                     Jeffery A. Deller
                                                   United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jesse Evan Sylvis  
Danielle Priscilla Sylvis  
    Debtors

Case No. 17-11324-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Oct 03, 2022      Form ID: 408      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse Evan Sylvis, Danielle Priscilla Sylvis, 650 Grant Street, Franklin, PA 16323-2218 |
| 14864911 | | Freedom Mortgage Corporation, 10500 Kincaid Blvd., Fishers, IN 46037 |
| 14745867 | + | Leroys Jewelers, Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 15426299 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14745869 | + | Novasom Inc., 801 Cromwell Park Drive, # 108, Glen Burnie, MD 21061-2539 |
| 14775419 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14745875 | + | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |
| 14745877 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 14745878 | + | YMCA of Franklin and Grove City, 111 West Park Street, Franklin, PA 16323-1365 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: lalusher@galaxyfcu.com | Oct 04 2022 01:46:00 | Galaxy Federal Credit Union, Linda Lusher, 1313 LIBERTY AVENUE, Franklin, PA 16323-1528 |
| 14745852 | | Email/Text: compliancebankruptcy@bylcompanies.com | Oct 04 2022 01:36:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14745853 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2022 02:39:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14758800 | + | Email/Text: bankruptcy@cavps.com | Oct 04 2022 01:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14745854 | + | Email/Text: clientservices@credit-control.com | Oct 04 2022 01:36:00 | Central Loan Admin, Po Box 77404, Ewing, NJ 08628-6404 |
| 14745855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2022 01:40:19 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14745856 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 04 2022 01:36:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14745857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2022 01:36:00 | Comenity Bank / Ulta Beauty, Po Box 182125, Columbus, OH 43218-2125 |
| 14745858 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2022 01:36:00 | Comenity Capital / Gamestop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14745859 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2022 01:38:48 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14745861 | | Email/Text: G06041@att.com | Oct 04 2022 01:46:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14745860 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 04 2022 01:36:00 | Department Of Education / 582 / Nelnet, Attn: Bankruptcy, Po Box 82505, Lincoln, NE |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 68501-2505 |
| 14745862 | + | Email/Text: bknotice@ercbpo.com | Oct 04 2022 01:36:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14745863 | + | Email/Text: slucas@for-cu.com | Oct 04 2022 01:46:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 15426300 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 04 2022 01:36:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14745864 | + | Email/Text: lalusher@galaxyfcu.com | Oct 04 2022 01:46:00 | Galaxy Federal Credit Uniion, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745865 | + | Email/Text: lalusher@galaxyfcu.com | Oct 04 2022 01:46:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745866 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 04 2022 01:46:00 | Kay Jewelers, Po Box 4485, Beaverton, OR 97076-4485 |
| 14777997 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 01:39:34 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753312 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 01:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14745868 | + | Email/Text: mwetherbee@mmchs.org | Oct 04 2022 01:46:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14749489 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2022 01:39:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14746175 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 04 2022 01:40:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777060 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 04 2022 01:36:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14775234 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2022 01:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14745870 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:04 | Syncb / Car Care Summit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14776394 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14745871 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:04 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745872 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:06 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745873 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:03 | Synchrony Bank / PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745874 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:04 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745876 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 04 2022 01:46:00 | Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |
| 14758758 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 04 2022 01:36:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14778533 | | Email/Text: bankruptcy@unifund.com | Oct 04 2022 01:36:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14771632 | ^ | MEBN | Oct 04 2022 01:00:26 | UPMC Health Services, PO Box 1123, |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: 408 | Total Noticed: 45 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Minneapolis, MN 55440-1123 |
| 14772779 | | ^ MEBN | Oct 04 2022 01:00:49 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745877 | | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 04 2022 01:40:14 | | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James M. Greenfield | on behalf of Creditor Galaxy Federal Credit Union greenfieldlaw@dalewoodardgent.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mark G. Claypool | on behalf of Creditor Titusville Area Hospital mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1            User: auto            Page 4 of 4
Date Rcvd: Oct 03, 2022            Form ID: 408            Total Noticed: 45

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

TOTAL: 9