**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JESSE EVAN SYLVIS<br>DANIELLE PRISCILLA SYLVIS<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:17-11324 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


September 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/15/2017 and confirmed on 2/14/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,342.01 |
| Less Refunds to Debtor | 280.33 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,061.68 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 2,473.25 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,973.25 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 31,028.63 | 0.00 | 31,028.63 |
|     Acct: 4094 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 1,992.27 | 1,992.27 | 0.00 | 1,992.27 |
|     Acct: 4094 | | | | |
|   GALAXY FCU/FKA JOY FCU(*) | 6,775.47 | 6,775.47 | 535.25 | 7,310.72 |
|     Acct: 948A | | | | |
|   GALAXY FCU/FKA JOY FCU(*) | 6,285.83 | 6,285.83 | 484.36 | 6,770.19 |
|     Acct: 948B | | | | |
| | | | | 47,101.81 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSE EVAN SYLVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSE EVAN SYLVIS | 229.62 | 229.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSE EVAN SYLVIS | 50.71 | 50.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BYL COLLECTION SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0472 | | | | |
|   MIDLAND FUNDING LLC | 2,255.74 | 83.24 | 0.00 | 83.24 |
|     Acct: 0635 | | | | |
|   MIDLAND FUNDING LLC | 1,476.83 | 54.50 | 0.00 | 54.50 |
|     Acct: 2447 | | | | |
|   MIDLAND FUNDING LLC | 400.96 | 14.80 | 0.00 | 14.80 |
|     Acct: 3173 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7969 | | | | |
|   TITUSVILLE AREA HOSPITAL | 493.78 | 18.22 | 0.00 | 18.22 |
| Acct: 1388 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 468.34 | 17.28 | 0.00 | 17.28 |
| Acct: 6027 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,500.62 | 55.37 | 0.00 | 55.37 |
| Acct: 0865 | | | | |
|   MIDLAND FUNDING LLC | 805.05 | 29.71 | 0.00 | 29.71 |
| Acct: 4247 | | | | |
|   US DEPARTMENT OF EDUCATION | 10,310.83 | 380.47 | 0.00 | 380.47 |
| Acct: 1388 | | | | |
|   NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3699 | | | | |
|   NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3799 | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1522 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2245 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 1,074.99 | 39.67 | 0.00 | 39.67 |
| Acct: 5769 | | | | |
|   SYNCHRONY BANK | 300.67 | 11.09 | 0.00 | 11.09 |
| Acct: 4477 | | | | |
|   MIDLAND FUNDING LLC | 854.99 | 31.55 | 0.00 | 31.55 |
| Acct: 2810 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6507 | | | | |
|   YMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4343 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 693.16 | 25.58 | 0.00 | 25.58 |
| Acct: 9986 | | | | |
|   MIDLAND FUNDING LLC | 821.93 | 30.33 | 0.00 | 30.33 |
| Acct: 1711 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,292.28 | 47.69 | 0.00 | 47.69 |
| Acct: 6848 | | | | |
|   UPMC HEALTH SERVICES | 609.15 | 22.48 | 0.00 | 22.48 |
| Acct: 1388 | | | | |
|   UPMC PHYSICIAN SERVICES | 996.50 | 36.77 | 0.00 | 36.77 |
| Acct: 1388 | | | | |
|   PENELEC/FIRST ENERGY** | 213.18 | 7.87 | 0.00 | 7.87 |
| Acct: 8737 | | | | |
|   UNIFUND CCR | 2,167.97 | 80.00 | 0.00 | 80.00 |
| Acct: 0557 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2810 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMES M GREENFIELD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |

17-11324 TPA                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |
| | NOVASOM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | TITUSVILLE AREA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 986.62 |

| TOTAL PAID TO CREDITORS | | | | | 48,088.43 |
|---|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY            0.00
SECURED        15,053.57
UNSECURED      26,736.97


Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JESSE EVAN SYLVIS
DANIELLE PRISCILLA SYLVIS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-11324 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 17-11324-JAD
Jesse Evan Sylvis | Chapter 13
Danielle Priscilla Sylvis
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: auto | Page 1 of 4
Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse Evan Sylvis, Danielle Priscilla Sylvis, 650 Grant Street, Franklin, PA 16323-2218 |
| 14864911 | | Freedom Mortgage Corporation, 10500 Kincaid Blvd., Fishers, IN 46037 |
| 14745867 | + | Leroys Jewelers, Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 15426299 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14745869 | + | Novasom Inc., 801 Cromwell Park Drive, # 108, Glen Burnie, MD 21061-2539 |
| 14775419 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14745875 | + | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |
| 14745877 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 14745878 | + | YMCA of Franklin and Grove City, 111 West Park Street, Franklin, PA 16323-1365 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: lalusher@galaxyfcu.com | Oct 04 2022 01:46:00 | Galaxy Federal Credit Union, Linda Lusher, 1313 LIBERTY AVENUE, Franklin, PA 16323-1528 |
| 14745852 | | Email/Text: compliancebankruptcy@bylcompanies.com | Oct 04 2022 01:36:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14745853 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2022 02:39:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14758800 | + | Email/Text: bankruptcy@cavps.com | Oct 04 2022 01:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14745854 | + | Email/Text: clientservices@credit-control.com | Oct 04 2022 01:36:00 | Central Loan Admin, Po Box 77404, Ewing, NJ 08628-6404 |
| 14745855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2022 01:40:20 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14745856 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 04 2022 01:36:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14745857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2022 01:36:00 | Comenity Bank / Ulta Beauty, Po Box 182125, Columbus, OH 43218-2125 |
| 14745858 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2022 01:36:00 | Comenity Capital / Gamestop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14745859 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2022 01:38:48 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14745861 | | Email/Text: G06041@att.com | Oct 04 2022 01:46:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14745860 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 04 2022 01:36:00 | Department Of Education / 582 / Nelnet, Attn: Bankruptcy, Po Box 82505, Lincoln, NE |

| Recipient # | Delivery method | Delivery time | Party |
|---|---|---|---|
| | | | 68501-2505 |
| 14745862 | + Email/Text: bknotice@ercbpo.com | Oct 04 2022 01:36:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14745863 | + Email/Text: slucas@for-cu.com | Oct 04 2022 01:46:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 15426300 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 04 2022 01:36:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14745864 | + Email/Text: lalusher@galaxyfcu.com | Oct 04 2022 01:46:00 | Galaxy Federal Credit Uniion, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745865 | + Email/Text: lalusher@galaxyfcu.com | Oct 04 2022 01:46:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745866 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 04 2022 01:46:00 | Kay Jewelers, Po Box 4485, Beaverton, OR 97076-4485 |
| 14777997 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 01:39:34 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753312 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 01:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14745868 | + Email/Text: mwetherbee@mmchs.org | Oct 04 2022 01:46:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14749489 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2022 01:40:15 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14746175 | + Email/PDF: rmscedi@recoverycorp.com | Oct 04 2022 01:38:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777060 | + Email/Text: BKelectronicnotices@cenlar.com | Oct 04 2022 01:36:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14775234 | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2022 01:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14745870 | + Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:03 | Syncb / Car Care Summit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14776394 | + Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14745871 | + Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:03 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745872 | + Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:03 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745873 | + Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:03 | Synchrony Bank / PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745874 | + Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:23:04 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745876 | + Email/Text: bankruptcydepartment@tsico.com | Oct 04 2022 01:46:00 | Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |
| 14758758 | + Email/Text: electronicbkydocs@nelnet.net | Oct 04 2022 01:36:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14778533 | Email/Text: bankruptcy@unifund.com | Oct 04 2022 01:36:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14771632 | ^ MEBN | Oct 04 2022 01:00:26 | UPMC Health Services, PO Box 1123, |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14772779 | ^ MEBN | | Oct 04 2022 01:00:50 | Minneapolis, MN 55440-1123<br>UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745877 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Oct 04 2022 01:39:31 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James M. Greenfield | on behalf of Creditor Galaxy Federal Credit Union greenfieldlaw@dalewoodardgent.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mark G. Claypool | on behalf of Creditor Titusville Area Hospital mclaypool@kmgslaw.com<br>knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 User: auto Page 4 of 4
Date Rcvd: Oct 03, 2022 Form ID: pdf900 Total Noticed: 45

Rebecca Solarz
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10