**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jesse Evan Sylvis** | Social Security number or ITIN   xxx–xx–4871 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Danielle Priscilla Sylvis** | Social Security number or ITIN   xxx–xx–1388 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  **17–11324–JAD**

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jesse Evan Sylvis

Danielle Priscilla Sylvis
aka Danielle P Morrison

<u>11/29/22</u>

**By the court:** <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 17-11324-JAD

Jesse Evan Sylvis                                                                                          Chapter 13

Danielle Priscilla Sylvis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                          User: auto                                                    Page 1 of 4

Date Rcvd: Nov 29, 2022                              Form ID: 3180W                                      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse Evan Sylvis, Danielle Priscilla Sylvis, 650 Grant Street, Franklin, PA 16323-2218 |
| 14864911 | | Freedom Mortgage Corporation, 10500 Kincaid Blvd., Fishers, IN 46037 |
| 14745867 | + | Leroys Jewelers, Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 15426299 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14745869 | + | Novasom Inc., 801 Cromwell Park Drive, # 108, Glen Burnie, MD 21061-2539 |
| 14775419 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14745875 | + | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |
| 14745878 | + | YMCA of Franklin and Grove City, 111 West Park Street, Franklin, PA 16323-1365 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 30 2022 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 30 2022 05:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 00:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: lalusher@galaxyfcu.com | Nov 30 2022 00:03:00 | Galaxy Federal Credit Union, Linda Lusher, 1313 LIBERTY AVENUE, Franklin, PA 16323-1528 |
| 14745852 | | Email/Text: compliancebankruptcy@bylcompanies.com | Nov 30 2022 00:03:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14745853 | + | EDI: CAPITALONE.COM | Nov 30 2022 05:03:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14758800 | + | Email/Text: bankruptcy@cavps.com | Nov 30 2022 00:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14745854 | + | Email/Text: clientservices@credit-control.com | Nov 30 2022 00:03:00 | Central Loan Admin, Po Box 77404, Ewing, NJ 08628-6404 |
| 14745855 | + | EDI: CITICORP.COM | Nov 30 2022 05:03:00 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14745856 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 30 2022 00:03:00 | Collection Service Center, 839 5th Avenue, New |

District/off: 0315-1 | User: auto | Page 2 of 4
Date Rcvd: Nov 29, 2022 | Form ID: 3180W | Total Noticed: 47

| | | | | |
|---|---|---|---|---|
| | | | | Kensington, PA 15068-6303 |
| 14745857 | + | EDI: WFNNB.COM | Nov 30 2022 05:03:00 | Comenity Bank / Ulta Beauty, Po Box 182125, Columbus, OH 43218-2125 |
| 14745858 | + | EDI: WFNNB.COM | Nov 30 2022 05:03:00 | Comenity Capital / Gamestop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14745859 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 30 2022 00:05:24 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14745861 | | EDI: DIRECTV.COM | Nov 30 2022 05:03:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14745860 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 30 2022 00:03:00 | Department Of Education / 582 / Nelnet, Attn: Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14745862 | + | Email/Text: bknotice@ercbpo.com | Nov 30 2022 00:03:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14745863 | + | Email/Text: slucas@for-cu.com | Nov 30 2022 00:03:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 15426300 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 30 2022 00:03:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14745864 | + | Email/Text: lalusher@galaxyfcu.com | Nov 30 2022 00:03:00 | Galaxy Federal Credit Uniion, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745865 | + | Email/Text: lalusher@galaxyfcu.com | Nov 30 2022 00:03:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745866 | + | EDI: PHINGENESIS | Nov 30 2022 05:03:00 | Kay Jewelers, Po Box 4485, Beaverton, OR 97076-4485 |
| 14777997 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 00:15:48 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753312 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 00:03:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14745868 | + | Email/Text: mwetherbee@mmchs.org | Nov 30 2022 00:03:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14749489 | | EDI: PRA.COM | Nov 30 2022 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14746175 | + | EDI: RECOVERYCORP.COM | Nov 30 2022 05:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777060 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 30 2022 00:03:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14775234 | | EDI: Q3G.COM | Nov 30 2022 05:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14745870 | + | EDI: RMSC.COM | Nov 30 2022 05:03:00 | Synch / Car Care Summit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14776394 | + | EDI: RMSC.COM | Nov 30 2022 05:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14745871 | + | EDI: RMSC.COM | Nov 30 2022 05:03:00 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745872 | + | EDI: RMSC.COM | Nov 30 2022 05:03:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745873 | + | EDI: RMSC.COM | Nov 30 2022 05:03:00 | Synchrony Bank / PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5060 |
| 14745874 | + | EDI: RMSC.COM | | |
| | | | Nov 30 2022 05:03:00 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745876 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Nov 30 2022 00:03:00 | Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |
| 14758758 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Nov 30 2022 00:03:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14778533 | | Email/Text: bankruptcy@unifund.com | | |
| | | | Nov 30 2022 00:03:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14771632 | ^ | MEBN | | |
| | | | Nov 29 2022 23:59:05 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14772779 | ^ | MEBN | | |
| | | | Nov 29 2022 23:58:59 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745877 | + | EDI: WFFC2 | | |
| | | | Nov 30 2022 05:03:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022                 Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

User: auto
Date Rcvd: Nov 29, 2022    Form ID: 3180W    Total Noticed: 47

Daniel P. Foster
on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

James M. Greenfield
on behalf of Creditor Galaxy Federal Credit Union greenfieldlaw@dalewoodardgent.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mark G. Claypool
on behalf of Creditor Titusville Area Hospital mclaypool@kmgslaw.com
knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 9