IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JESSE EVAN SYLVIS
DANIELLE PRISCILLA SYLVIS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-11324 JAD

Chapter 13

Related to ECF No. 101

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 29th day of November, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11324-JAD |
| Jesse Evan Sylvis | Chapter 13 |
| Danielle Priscilla Sylvis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse Evan Sylvis, Danielle Priscilla Sylvis, 650 Grant Street, Franklin, PA 16323-2218 |
| 14864911 | | Freedom Mortgage Corporation, 10500 Kincaid Blvd., Fishers, IN 46037 |
| 14745867 | + | Leroys Jewelers, Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 15426299 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14745869 | + | Novasom Inc., 801 Cromwell Park Drive, # 108, Glen Burnie, MD 21061-2539 |
| 14775419 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14745875 | + | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |
| 14745878 | + | YMCA of Franklin and Grove City, 111 West Park Street, Franklin, PA 16323-1365 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: lalusher@galaxyfcu.com | Nov 30 2022 00:03:00 | Galaxy Federal Credit Union, Linda Lusher, 1313 LIBERTY AVENUE, Franklin, PA 16323-1528 |
| 14745852 | | Email/Text: compliancebankruptcy@bylcompanies.com | Nov 30 2022 00:03:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14745853 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 00:05:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14758800 | + | Email/Text: bankruptcy@cavps.com | Nov 30 2022 00:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14745854 | + | Email/Text: clientservices@credit-control.com | Nov 30 2022 00:03:00 | Central Loan Admin, Po Box 77404, Ewing, NJ 08628-6404 |
| 14745855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2022 00:15:49 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14745856 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 30 2022 00:03:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14745857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2022 00:03:00 | Comenity Bank / Ulta Beauty, Po Box 182125, Columbus, OH 43218-2125 |
| 14745858 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2022 00:03:00 | Comenity Capital / Gamestop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14745859 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 30 2022 00:05:24 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14745861 | | Email/Text: G06041@att.com | Nov 30 2022 00:03:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14745860 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 30 2022 00:03:00 | Department Of Education / 582 / Nelnet, Attn: Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |

Case 17-11324-JAD   Doc 111   Filed 12/01/22   Entered 12/02/22 00:29:33   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14745862 | + | Email/Text: bknotice@ercbpo.com | Nov 30 2022 00:03:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14745863 | + | Email/Text: slucas@for-cu.com | Nov 30 2022 00:03:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 15426300 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 30 2022 00:03:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14745864 | + | Email/Text: lalusher@galaxyfcu.com | Nov 30 2022 00:03:00 | Galaxy Federal Credit Uniion, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745865 | + | Email/Text: lalusher@galaxyfcu.com | Nov 30 2022 00:03:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14745866 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 30 2022 00:03:00 | Kay Jewelers, Po Box 4485, Beaverton, OR 97076-4485 |
| 14777997 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 00:15:53 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753312 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 00:03:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14745868 | + | Email/Text: mwetherbee@mmchs.org | Nov 30 2022 00:03:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14749489 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2022 00:05:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14746175 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 30 2022 00:15:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777060 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 30 2022 00:03:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14775234 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2022 00:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14745870 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:33 | Syncb / Car Care Summit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14776394 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14745871 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:15:48 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745872 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:11 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745873 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:15:48 | Synchrony Bank / PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745874 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:12 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14745876 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2022 00:03:00 | Transworld Systems Inc / 51, Po Box 15618, Wilmington, DE 19850-5618 |
| 14758758 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 30 2022 00:03:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14778533 | | Email/Text: bankruptcy@unifund.com | Nov 30 2022 00:03:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14771632 | ^ | MEBN | Nov 29 2022 23:59:04 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

| 14772779 | ^ MEBN | | Nov 29 2022 23:59:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
|---|---|---|---|---|
| 14745877 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 30 2022 00:05:21 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Titusville Area Hospital, 406 West Oak Street, Titusville, PA 16354-1499 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Danielle Priscilla Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jesse Evan Sylvis dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James M. Greenfield | on behalf of Creditor Galaxy Federal Credit Union greenfieldlaw@dalewoodardgent.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mark G. Claypool | on behalf of Creditor Titusville Area Hospital mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1　　　　　　　　　　　User: auto　　　　　　　　　　　Page 4 of 4
Date Rcvd: Nov 29, 2022　　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 45

cmecf@chapter13trusteewdpa.com

TOTAL: 9